

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JEROME WAGNER AND CHERISSE WAGNER, | § | No. 08-16-00146-CV |
|  | § | Appeal from the |
| Appellants, | § | County Court at Law No. 1 |
| v. | § | of Tarrant County, Texas |
| STERLING TRUST, | § | (TC# 2016-002557-1) |
| Appellee. | § |  |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that the clerk's record has not been filed due to the fault of the Appellants, Jerome Wagner and Cherisse Wagner, we dismiss the appeal for want of prosecution.

Unless otherwise excused, a non-indigent appellant must either pay for or make arrangements for the payment of the fees related to preparation of the appellate record to ensure that the record is timely filed. TEX.R.APP.P. 35.3(a)(2), (b)(3); *see* TEX.R.APP.P. 20.1(c); 37.3(b), (c). The clerk's record was due to be filed on July 31, 2016. The Tarrant County Clerk notified the Court that the clerk's record would not be filed because Appellants have not made financial arrangements for preparation of the clerk's record. In accordance with Rule 37.3(b), the Clerk of the Court notified Appellants by letter regarding their failure to make financial

arrangements to pay for the clerk's record and advised Appellants that the appeal would be dismissed for want of prosecution unless they responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 37.3(b). Appellants have not filed any written response or otherwise showed that grounds exist for the appeal to be continued. The appeal is dismissed for want of prosecution. *See* TEX.R.APP.P. 37.3(b), 42.3(b), (c).

STEVEN L. HUGHES, Justice

August 31, 2016

Before McClure, C.J., Rodriguez, and Hughes, JJ.